IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

FILED
U.S. DISTRICT COURT

2006 APR 20 P 1: 37

RALPH L. DELOACH
CLERK
BY _mBes_, DEPUTY
AT TOPEKA, KS.

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                              Case No. 06-100 82 -01- JTM

MURTALA MOHAMMED ALHASSAN,

Defendant.

## INDICTMENT

The Grand Jury charges:

## COUNT 1

That on or about March 21, 2005, within the District of Kansas, the defendant,

**MURTALA MOHAMMED ALHASSAN,**

a citizen of Ghana who is not a citizen or national of the United States, knowingly and intentionally possessed and used documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States knowing them to have been forged, counterfeited, falsely made, procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

## COUNT 2

That on or about March 21, 2005, within the District of Kansas, the defendant,

**MURTALA MOHAMMED ALHASSAN,**

knowingly possessed an identification document that appears to have been issued under the authority of the United States but which he knew was produced without lawful authority, in violation of Title 18, United States Code, Section 1028(a)(6).

## COUNT 3

That on or about March 21, 2005, within the District of Kansas, the defendant,

**MURTALA MOHAMMED ALHASSAN,**

a citizen of Ghana who is not a citizen or national of the United States, knowingly made a false statement and claim that he was a citizen or national of the United States with the intent of engaging unlawfully in employment in the United States, in violation of Title 18, United States Code, Section 1015(e).

## COUNT 4

That on or about March 21, 2005, within the District of Kansas, the defendant,

**MURTALA MOHAMMED ALHASSAN,**

knowingly, willfully and intentionally made a false and fraudulent writing and document knowing it contained a materially false and fraudulent statement and entry in a matter then within the jurisdiction of the United States Department of Homeland Security and United States Department of Justice, in that he falsely claimed to be a citizen and national of the United States on a Department of Justice I-9 Employment

Eligibility Verification form, in violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT 5

That in about March 2005, within the District of Kansas, the defendant,

## MURTALA MOHAMMED ALHASSAN,

counterfeited a Social Security card, in violation of Title 42, United States Code, Section 408(a)(7)(C), and Title 18, United States Code, Section 2.

### A TRUE BILL.

| | |
|---|---|
| 4-20-06 | |
| Date | FOREMAN OF THE GRAND JURY |

ERIC F. MELGREN, Bar No. 12430
UNITED STATES ATTORNEY
District of Kansas
301 N. Main, Suite 1200
Wichita, KS 67202
(316) 269-6481

[It Is Requested That Jury Trial Be Held in Wichita, Kansas.]

Returned in open court this 20th day of April, 2006.

UNITED STATES DISTRICT JUDGE

3